Max MENAGERMAN

4/7/26

FILED - USDC -NH
2026 APR 10 PM 12:08

## Motion for lawsuite

I have a bunch of property that staff threatened to destroy if I did not 5-day notice it which is not a thing. They are not supposed to do that as it is the definition of theft and destruction of property. On top of that they are selling 50$ tv's for 290$ which is price gauging, which is also illegal.

They are doing this to milk money out of the inmates and none of it goes back into the prison. I doubt the fund syphoning was fully uncovered and part of re-buying all out property is so they can make more money.

So I would like to make a case about it. There are others with cases for the same thing, we might make it a condoined case. So I ask the court:

1. For a case number for this.
2. And to have the prison correct its prices.
3. And to replace my property or the money I spent on it.
4. A hearing if necisary but any defense is moot as this will all still be illegal.
5. Any other order deemed just.

Max Mena german 98146
PO BOX 14
Concord, NH 03302



FIRST-CLASS

US POSTAGE

ZIP 03301
02 7W
0008036834 APR 09 2026

$ 000.74⁰

USMS SCREENED

united States District court
District of NH
55 pleasant Street, room 110
Concord, New Hampshire 03301-3941

*"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."*

legal mail